No. 414. United Electrical, Radio & Machine Workers of America-UE et al. *v.* Oliver Corporation. C. A. 8th Cir. Certiorari denied. *Arthur Kinoy* and *Frank J. Donner* for petitioners.

No. 416. Goe *v.* Commissioner of Internal Revenue. C. A. 3d Cir. Certiorari denied. *F. T. Weil* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Lyon, Ellis N. Slack, A. F. Prescott* and *John R. Benney* for respondent.

No. 417. Westwood Pharmacal Corp. et al. *v.* Fielding et al. District Court of Appeal of California, First Appellate District. Certiorari denied. *Moses Lasky* for petitioners. *Earl C. Berger* for respondents.

No. 418. Southern Pacific Co. *v.* Ericksen. Supreme Court of California. Certiorari denied. *Arthur B. Dunne* for petitioner. *Melvin M. Belli* for respondent.

No. 419. United Brick & Clay Workers of America et al. *v.* Deena Artware, Inc. C. A. 6th Cir. Certiorari denied. *J. Albert Woll, Herbert S. Thatcher, James A. Glenn* and *Joseph E. Finley* for petitioners. *James G. Wheeler* for respondent.

No. 424. Boortz *v.* American Motorist Insurance Co. C. A. 5th Cir. Certiorari denied. *Walter B. Scott* and *W. P. McLean* for petitioner. *B. L. Agerton* for respondent.